**CONSENT TO FILING OF CHAPTER 7 BANKRUPTCY BY MEMBERS OF
SECRET SERVICE UNIFORMED DIVISION BENEFIT FUND**

The undersigned, Vice-Chair of the Secret Service Uniformed Division Benefit Fund (hereinafter, the "Fund"), certifies that in a vote of the members of the Fund completed in March 2013, the Fund members voting unanimously authorized the filing of a Chapter 7 bankruptcy by the Fund.

THEREFORE:  In accordance with the unanimous vote of the members of the Fund, the Fund is authorized to file a Chapter 7 petition in the United States Bankruptcy Court for the District of Columbia, and it is

FURTHER AUTHORIZED:  That Sean Lynch, Vice-Chair of the Fund, may and shall on behalf of the Fund perform all acts, execute all papers and do all things reasonably necessary and incident to the filing of such a Chapter 7 proceeding, and it is

FURTHER AUTHORIZED:  That the Fund may employ as legal counsel David E. Lynn of David E. Lynn, P.C. for the purpose of representing the Fund in its Chapter 7 bankruptcy filing.

SO CERTIFIED:

Dated:  _June 26, 2013_             _/s/ Sean Lynch_____
                                    Sean Lynch, Vice Chair
                                    Secret Service Uniformed Division Benefit Fund