UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) <br> ) <br> SECRET SERVICE UNIFORMED ) <br> DIVISION BENEFIT FUND, ) <br> ) <br> Debtor. ) <br> ) | Case No. 13-00407 <br> Chapter 7 |

**NOTICE UNDER LBR 6004-1 OF TRUSTEE'S INTENTION TO SELL DEBTOR'S INVENTORY AND NOTICE OF OPPORTUNITY TO OBJECT**

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Wendell W. Webster, Esq., the Chapter 7 Trustee ("Trustee") in Bankruptcy for Secret Service Uniformed Division Benefit Fund dba White House Gift Shop ("Debtor") intends to sell certain inventory owned by the Debtor, consisting of 7,052 metal ornaments. The metal ornaments consist of holiday ornaments as described in the Debtor's Schedule B - Personal Property. The Debtor lists the retail value of the ornaments as unknown. The Trustee proposes to sell the ornaments to ChemArt Company ("ChemArt") for $5,641.60. The ornaments will be sold to ChemArt on an "as is" and "where is" basis.

The purchase price represents the highest offer made to the Trustee for the purchase of the ornaments. The Debtor purchased these ornaments from ChemArt, and ChemArt is a creditor in the case. With the exception of ChemArt's relationship with the Debtor, to the best of the Trustee's knowledge, ChemArt nor any member or employee of ChemArt has any connections with the debtor, creditors, or any other party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

**PLEASE TAKE NOTICE THAT WITHIN TWENTY-FOUR (24) DAYS AFTER THE DATE OF THIS NOTICE** you must file and serve a written objection to this notice of intent to sell. Any objection must set forth the name of the objecting party, the nature and amount of any claims or interests held against Debtor's estate, and shall contain a complete specification of the factual and legal grounds upon which the objection is based. You may append affidavits and documents you wish to attach in support of your objection. Any objection must be filed with the Clerk of the United States Bankruptcy Court for the District of Columbia, United States Courthouse, Room 4400, Third and Constitution Avenue, N.W., Washington, D.C. 20001. A copy of the objection must also be served (by delivery or mailing of a copy) upon the Trustee.

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE TRUSTEE MAY PROCEED TO SELL DEBTOR'S INVENTORY, EQUIPMENT, SUPPLIES AND FURNISHINGS WITHOUT FURTHER NOTICE OR HEARING IN THIS MATTER.** Parties in interest with questions may contact the undersigned.

Date: <u>September 23, 2013</u>     <u>*/s/ Natalie S. Walker*</u>
Natalie S. Walker, Esq., #499276
WEBSTER, FREDRICKSON, CORREIA & PUTH, PLLC
1775 K Street, N.W., Suite 600
Washington, D.C. 20006
(202) 659-8510

## CERTIFICATE OF SERVICE

I hereby certify that on this **23rd** day of September, 2013, true and correct copy of the foregoing Notice Under LBR 6004-1 of Trustee's Intention to Sell Debtor's Inventory and Notice of Opportunity to Object was mailed by first class, postage prepaid, or sent via the Court's Electronic Filing System to the creditors and interested parties listed on the attached mailing list:

/s/ *Natalie S. Walker*
Natalie S. Walker, Esq., #499276
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 659-8510

| | | |
|---|---|---|
| | Aryeh S. Portnoy, Esq.<br>Crowell & Moring, LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, DC 20004-2595 | Baker Hostetler<br>P.O. Box 70189<br>Cleveland, OH 44190-0189 |
| CPT NP Building, LLC<br>1001 G Street, N.W. #700 W<br>Washington, DC 20001-4549 | Capstone S.G., Inc.<br>5737 Kanan Road<br>Agoura Hills, CA 91301-1601 | Cassie Matthews<br>Brown & Joseph, Ltd.<br>P.O. Box 59838<br>Schaumburg, IL 60159-0838 |
| ChemArt<br>15 New England Way<br>Lincoln, RI 02865-4252 | ChemArt<br>P.O. Box 845041<br>Boston, MA 02284-5041 | Child Support Services Division<br>Office of the Attorney General<br>Judiciary Square 441 4th Street, NW<br>5th Floor<br>Washington, DC 20001 |
| D.C. Office of Tax and Revenue<br>Bankruptcy Division<br>1101 4th Street SW<br>Washington, DC 20024-4457 | D.C. Unemploy. Comp. Board<br>6th and Penna. Ave., N.W.<br>Washington, DC 20001-2106 | DC Unemploy. Comp. Board<br>609 H St., NE<br>Room 3530367<br>Washington, DC 20002-4347 |
| Derrick F. Coleman, Esq.<br>Coleman Frost LLP<br>429 Santa Monica Blvd. #700<br>Santa Monica, CA 90401-3435 | Dewey & LeBoeuf LLP<br>1101 New York Avenue, N.W.<br>Washington, DC 20005-4272 | District Unemployment Compensation Board<br>4058 Minnesota Ave., NE<br>4th Floor<br>Washington, DC 20019-3540 |
| Hanover Insurance<br>440 Lincoln Street<br>Worcester, MA 01653-0002 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | John T. Lillis, Esq.<br>Kennedy, Lillis, Schmidt et al<br>75 Maiden Lane #402<br>New York, NY 10038-4816 |
| David E Lynn<br>15245 Shady Grove Rd.<br>Suite 465 N<br>Rockville, MD 20850-7203 | Mitchell B. Weitzman, Esq.<br>Jackson & Campbell, P.C.<br>1120 20th Street, N.W. #300 S<br>Washington, DC 20036-3437 | Ofc of Corp. Counsel<br>1 Judiciary Sq.<br>441 4th St., N.W.<br>6th Fl. North, Ste 1060<br>Washington, DC 20001-2714 |
| Office of Attorney General<br>Tax, Bankruptcy, and Finance<br>One Judiciary Square<br>441 4th Street, NW<br>6th Floor<br>Washington, DC 20001-2714 | Paul J. Maloney, Esq.<br>Carr Maloney P.C.<br>2000 L Street, N.W. #450<br>Washington, DC 20036-4981 | Peterson & Brynan<br>9430 Olympic Blvd. #400<br>Beverly Hills, CA 90212-4552 |
| Carlyn Winter Prisk<br>US Environmental Protection Agency<br>Region III (3HS62)<br>1650 Arch St.<br>Philadelphia, PA 19103-2087 | Sean Lynch<br>2500 N. Van Dorn Street #1018<br>Alexandria, VA 22302-1628 | Secret Service Uniformed Division Benefit Fu<br>P.O. Box 27221<br>Washington, DC 20038-7221 |
| Secretary of the Treasury<br>15th and Pennsylvania Aveneu, NW<br>Washington, DC 20220-0001 | Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Ste. 900<br>Atlanta, GA 30326-1382 | The Licensing Group Ltd.<br>6363 Wilshire Blvd. #305<br>Los Angeles, CA 90048-5726 |

U. S. Trustee for Region Four
U. S. Trustee's Office
115 South Union St
Suite 210 Plaza Level
Alexandria, VA 22314-3317

U.S. Attorney's Office
Civil Division - Judiciary Ct. Building
555 4th St., N.W.
4th Floor
Washington, DC 20001-2733

U.S. Environmental Protection Agency
Attn: Mary Wagner
Region III
1650 Arch Street (3RC00)
Philadelphia, PA 19103-2029

Visa Gold
P.O. Box 815909
Dallas, TX 75381-5909

White House Fed. Credit Union
4121 Wilson Boulevard #100
Arlington, VA 22203-4143