UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | |
| SECRET SERVICE UNIFORMED ) | Case No. 13-00407 |
| DIVISION BENEFIT FUND, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |

**TRUSTEE'S NOTICE OF INTENT TO**
**ABANDON PROPERTY OF THE ESTATE**

**To all creditors and parties in interest:**

Please take notice that pursuant to 11 U.S.C. § 554(a) Wendell W. Webster, Esq., the Chapter 7 Trustee for Secret Service Uniformed Division Benefit Fund dba White House Gift Shop ("Debtor"), proposes to abandon the estate's interest in a Cal Ripken plaque given that the plaque is of inconsequential value and benefit to the estate. Pursuant to Local Bankruptcy Rule 6007-1(b), unless an objection is timely filed under Rule 6007(a) of the Federal Rules of Bankruptcy Procedure, the Property shall be deemed abandoned without the necessity of a Court order.

The Debtor's Schedule B - Personal Property includes a Cal Ripken plaque. The Trustee has determined that the plaque is of inconsequential value and benefit to the estate. Accordingly, the Trustee notices his intent to abandon the estate's interest in this item.

PLEASE TAKE NOTICE THAT WITHIN FOURTEEN (14) DAYS AFTER THE DATE OF THIS NOTICE, PURSUANT TO 11 U.S.C. § 554 and Rule 6007 of the Federal Rules of Bankruptcy Procedure, you must file and serve a written objection to the proposed abandonment, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001, and served (by delivery or mailing of a copy)

upon the undersigned and the United States Trustee. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

IF YOU FAIL TO FILE A TIMELY OBJECTION, THE PROPERTY IS DEEMED ABANDONED WITHOUT FURTHER ACTION BY THE COURT. Parties in interest with questions may contact the Trustee at 1775 K Street, Suite 600, Washington, D.C. 20006, (202) 659-8510.

Date: October 13, 2015          /s/ Wendell W. Webster
                                Wendell W. Webster, Chapter 7 Trustee
                                for Secret Service Uniformed Division Benefit Fund

CPT NP Building, LLC.
1001 G. Street, NW
#700W
Washington, DC 20001-4549

Sean Lynch
2500 North Van Dorn Street
#1018
Alexandria, VA 22302-1628

Capstone S.G., Inc.
5737 Kanan Road
Agoura Hills, CA 91301-1601

The Licencing Group Ltd.
6363 Wilshire Blvd., #305
Los Angeles, CA 90048-5726

Mitchell B. Weitzman, Esq.
Jackson & Campbell, P.C.
1120 20th Street, N.W.
#300 South
Washington, DC 20036-3437

Aryeh S. Portnoy, Esq,.
Crowell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Paul J. Maloney, Esq.
Carr Maloney, P.C.
2000 L. Street, NW
#450
Washington, DC 20036-4981

**Dewey & LeBoeuf LLP**
**1101 New York Avenue, NW**
**Washington, DC 20005-4272**

Secret Service Uniformed Division
Benefit FU
P.O. Box 27221
Washington, DC 20032

Hanover Insurance
440 Lincoln Street
Worchester, MA 01653-0002

ChemArt
15 New England Way
Lincoln, RI 02865-4252

White House Federal Credit Union
4121 Wilson Boulevard
#100
Arlington, VA 22203-4143

ChemArt
P.O. Box 845041
Boston, MA 02284-5041

David E. Lynn
15245 Shady Grove Road
Suite 465 North
Rockville, MD 20850-7203

U.S. Trustee for Region Four
U.S. Trustee's Office
115 South Union Street
Suite 210 Plaza Level
Alexandria, VA 22314-3317

John T. Lillis, Esq.
Kennedy, Lillis, Schmidt, et. al
75 Maiden Lane
#402
New York, NY 10038-4816

Office of Attorney General
Tax, Bankruptcy, and Finance
One Judiciary Square
441 4th Street, NW, 6th Floor
Washington, DC 20001-2714

Securities & Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1383

Derrick F. Coleman, Esq.
Coleman Frost, LLP
429 Santa Monica Blvd.
#700
Santa Monica, CA 90401-3435

DC Office of Tax & Revenue
Bankruptcy Division
1101 4th Street, SW
Washington, DC 20024-4457

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**Cassie Matthews**
**Brown & Joseph, Ltd.**
**P.O. Box 59838**
**Schaumburg, IL 60159-0838**

Visa Gold
P.O. Box 815909
Dallas, TX 75381-5909

**Secretary of the Treasury**
**15th & Pennsylvania Avenue, NW**
**Washington, DC 20220-0001**

Baker Hostetler
P.O. Box 70189
Cleveland, OH 44190-0189

Peterson & Brynan
9430 Olympic Blvd.
#400
Beverly Hills, CA 90212-4552

Carlyn Winter Prisk
US Environmental Protection Agency
Region III (3HS62)
1650 Arch Street
Philadelphia, PA 19103-2087

Child Support Services Division
Office of the Attorney General
Judiciary Square 441 4th Street, NW
5th Floor
Washington, DC 20001

DC Unemployment Comp. Board
609 H. Street, NE
Room 3530367
Washington, DC 20002-4347

District Unemployment Comp. Board
4058 Minnesota Avenue, NE
4th Floor
Washington, DC 20019-3540

Office of Corp. Counsel
1 Judiciary Square
441 4th Street, NW
6th Floor North, Suite 1060
Washington, DC 20001-2714

US Attorneys Office
Civil Division- Judiciary Ct. Building
555 4th Street, NW
4th Floor
Washington, DC 20001-2733

U.S. Environmental Protection Agency
Attn: Mary Wagner
Region III
1650 Arch Street, (3RC00)
Philadelphia, PA 19103-2029

Clerks's Office
U.S. District Court
333 Constitution Avenue, NW
Washington, DC 20001

Clerks's Office
U.S. District Court
333 Constitution Avenue, NW
Washington, DC 20001