# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

In re:  SECRET SERVICE UNIFORMED DIV             §   Case No. 13-00407-TSM
                                                 §
        dba White House Gift Shop                §
Debtor(s)                                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   Wendell W. Webster, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $4,340.79                    Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,879.03      Claims Discharged
                                                Without Payment: $887,015.85

Total Expenses of Administration: $8,287.40

---

   3) Total gross receipts of $ 18,166.43 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $18,166.43 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $13,157.08 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,287.40 | 8,287.40 | 8,287.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 5,494.92 | 5,494.92 | 5,494.92 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 614,301.99 | 26,099,135.75 | 469,775.33 | 4,384.11 |
| **TOTAL DISBURSEMENTS** | $614,301.99 | $26,126,075.15 | $483,557.65 | $18,166.43 |

4) This case was originally filed under Chapter 7 on June 27, 2013. The case was pending for 62 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/13/2018         By: /s/Wendell W. Webster
                                         Trustee, Bar No.: 245696

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PNC Bank checking account no. . . . 2705. | 1129-000 | 300.05 |
| PNC checking account no. . . . 1606. | 1129-000 | 8,310.22 |
| PNC money market savings account no. . . . 9625 | 1129-000 | 3,334.27 |
| Christmas ornaments | 1129-000 | 5,641.60 |
| Other receipts turned over by Debtor's Attorney | 1290-000 | 580.29 |
| **TOTAL GROSS RECEIPTS** | | **$18,166.43** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | CPT NP Building, LLC - c/o J. David Folds, Esq. | 4110-000 | N/A | 13,157.08 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$13,157.08** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Wendell W. Webster | 2100-000 | N/A | 2,566.64 | 2,566.64 | 2,566.64 |
| Trustee Expenses - Wendell W. Webster | 2200-000 | N/A | 50.40 | 50.40 | 50.40 |
| Attorney for Trustee Fees (Trustee Firm) - Webster & Fredrickson, PLLC | 3110-000 | N/A | 1,983.00 | 1,983.00 | 1,983.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Webster & Fredrickson, PLLC | 3120-000 | N/A | 120.80 | 120.80 | 120.80 |
| Other - Arthur Lander | 3410-000 | N/A | 2,213.25 | 2,213.25 | 2,213.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.01 | 17.01 | 17.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.50 | 16.50 | 16.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.82 | 18.82 | 18.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.25 | 23.25 | 23.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.68 | 27.68 | 27.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 25.96 | 25.96 | 25.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.89 | 23.89 | 23.89 |
| Other - Wendell W. Webster, Trustee | 2300-000 | N/A | 16.92 | 16.92 | 16.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 25.02 | 25.02 | 25.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.55 | 27.55 | 27.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 25.79 | 25.79 | 25.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.89 | 24.89 | 24.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.29 | 28.29 | 28.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.82 | 24.82 | 24.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.35 | 27.35 | 27.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.45 | 26.45 | 26.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.00 | 23.00 | 23.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.93 | 28.93 | 28.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 25.49 | 25.49 | 25.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.75 | 23.75 | 23.75 |
| Other - Wendell W. Webster, Trustee | 2300-000 | N/A | 21.92 | 21.92 | 21.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.11 | 27.11 | 27.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 25.35 | 25.35 | 25.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.47 | 24.47 | 24.47 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.96 | 26.96 | 26.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.08 | 26.08 | 26.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.36 | 24.36 | 24.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.84 | 26.84 | 26.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 25.12 | 25.12 | 25.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.25 | 24.25 | 24.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.56 | 27.56 | 27.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.12 | 24.12 | 24.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.08 | 24.08 | 24.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.37 | 27.37 | 27.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.01 | 24.01 | 24.01 |
| Other - Wendell W. Webster, Trustee | 2300-000 | N/A | 12.47 | 12.47 | 12.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.97 | 23.97 | 23.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.23 | 27.23 | 27.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.89 | 23.89 | 23.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.14 | 27.14 | 27.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.64 | 24.64 | 24.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.78 | 23.78 | 23.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.21 | 26.21 | 26.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.53 | 24.53 | 24.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.20 | 26.20 | 26.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 22.89 | 22.89 | 22.89 |
| Other - Wendell W. Webster, Trustee | 2300-000 | N/A | 46.69 | 46.69 | 46.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 25.29 | 25.29 | 25.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 22.76 | 22.76 | 22.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.79 | 26.79 | 26.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.32 | 24.32 | 24.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.47 | 23.47 | 23.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.68 | 26.68 | 26.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.40 | 23.40 | 23.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $8,287.40 | $8,287.40 | $8,287.40 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DC GOVERNMENT | 5200-000 | N/A | 5,494.92 | 5,494.92 | 5,494.92 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $5,494.92 | $5,494.92 | $5,494.92 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | DC GOVERNMENT | 7100-000 | N/A | 1,094.50 | 1,094.50 | 10.22 |
| 2 | Dewey and LeBoeuf Secured Lender Trust | 7100-000 | 60,000.00 | 62,298.65 | 62,298.65 | 581.39 |
| 3 | CPT NP Building, LLC c/o Mitchell B. Weltzman, Esq. | 7100-000 | 132,677.36 | 122,803.92 | 0.00 | 0.00 |
| 4U | CPT NP Building, LLC - c/o J. David Folds, Esq. | 7100-000 | N/A | 164,544.68 | 164,544.68 | 1,535.59 |
| 5 | Capstone S.G., Inc. | 7100-000 | unknown | 25,748,394.00 | 241,837.50 | 2,256.91 |
| NOTFILED | Hanover Insurance | 7100-000 | 331.28 | N/A | N/A | 0.00 |
| NOTFILED | The Licensing Group Ltd. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cassie Matthews Brown & Joseph, Ltd. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | White House Fed. Credit Union | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Peterson & Brynan | 7100-000 | 31,539.00 | N/A | N/A | 0.00 |
| NOTFILED | White House Fed. Credit Union | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Mitchell B. Weitzman, Esq. Jackson & Campbell, P.C. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Visa Gold | 7100-000 | 58,129.78 | N/A | N/A | 0.00 |
| NOTFILED | Visa Gold | 7100-000 | 9,173.32 | N/A | N/A | 0.00 |
| NOTFILED | Paul J. Maloney, Esq. Carr Maloney P.C. | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Baker Hostetler | 7100-000 | 9,451.25 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Aryeh S. Portnoy, Esq. Crowell & Moring, LLP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ChemArt | 7100-000 | 313,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Derrick F. Coleman, Esq. Coleman Frost LLP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ChemArt | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Jeffrey Brynam, Esq. Peterson & Brynam | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $614,301.99 | $26,099,135.75 | $469,775.33 | $4,384.11 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-00407-TSM  
**Case Name:** SECRET SERVICE UNIFORMED DIV  

**Trustee:** (730040) Wendell W. Webster  
**Filed (f) or Converted (c):** 06/27/13 (f)  
**§341(a) Meeting Date:** 08/01/13  

**Period Ending:** 09/13/18  
**Claims Bar Date:** 11/01/13  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | White House Federal Credit Union Account | 5.00 | 0.00 | | 0.00 | FA |
| 2 | PNC Bank checking account no. . . . 2705. | 205.85 | 205.85 | | 300.05 | FA |
| 3 | PNC checking account no. . . . 1606. | 8,310.22 | 8,310.22 | | 8,310.22 | FA |
| 4 | PNC money market savings account no. . . . 9625 | 4,302.12 | 4,302.12 | | 3,334.27 | FA |
| 5 | Cal Ripken commemorative plaque.<br>    Commemorative plaque to be abandoned if not sold within 30 days | 500.00 | 0.00 | OA | 0.00 | FA |
| 6 | Two framed pictures | 40.00 | 0.00 | | 0.00 | FA |
| 7 | Royalties receivable from The Licensing Group | Unknown | 0.00 | | 0.00 | FA |
| 8 | Trade name America's Legacy | Unknown | 0.00 | | 0.00 | FA |
| 9 | Four used display cabinets | Unknown | 0.00 | | 0.00 | FA |
| 10 | Christmas ornaments | 55,437.75 | 5,000.00 | | 5,641.60 | FA |
| 11 | Misc. additional inventory | 3,795.79 | 0.00 | | 0.00 | FA |
| 12 | Other receipts turned over by Debtor's Attorney  (u) | 0.00 | 0.00 | | 580.29 | FA |
| 12 | **Assets   Totals** (Excluding unknown values) | **$72,596.73** | **$17,818.19** | | **$18,166.43** | **$0.00** |

**Major Activities Affecting Case Closing:**

7/31/17- TFR  to be filed by 8/11/17.

8/1/16-The Trustee's accountant is investigating the status of debtor's tax liabilities.

07/30/14 The estate has received $5,641.60 from the sale of certain holiday ornaments owned by the debtor.  The Trustee is currently attempting to market a Cal Ripken commemoratrive plaque.  All other assets of value have been administered.

07/30/15 All assets of value have been administered.  The Trustee has been unable to sell a commemorative plaque, with a value estimated by debtor at $500.  This asset will be abandoned, if not sold in 30 days.

10/9/15 The Trustee has consulted  an accountant to determine the extent of any  tax filing requirements on behalf of the estate.

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-00407-TSM  **Trustee:** (730040) Wendell W. Webster
**Case Name:** SECRET SERVICE UNIFORMED DIV  **Filed (f) or Converted (c):** 06/27/13 (f)
   **§341(a) Meeting Date:** 08/01/13
**Period Ending:** 09/13/18  **Claims Bar Date:** 11/01/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**    January 31, 2014     **Current Projected Date Of Final Report (TFR):**    October 24, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-00407-TSM  
**Case Name:** SECRET SERVICE UNIFORMED DIV  

**Taxpayer ID #:** **-***1835  
**Period Ending:** 09/13/18  

**Trustee:** Wendell W. Webster (730040)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $3,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/18/13 | | Fund, Secret Benefit | Balance in debtor's bank accounts | | | 11,840.34 | | 11,840.34 |
| | {3} | | Contents of debtor's bank account | 8,310.22 | 1129-000 | | | 11,840.34 |
| | {4} | | Contents of debtor's bank account | 3,334.27 | 1129-000 | | | 11,840.34 |
| | {2} | | Contents of debtor's bank account | 195.85 | 1129-000 | | | 11,840.34 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 11,830.34 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 17.01 | 11,813.33 |
| 09/11/13 | {2} | c/o David Lynn, Esq. | Debtor's bank account | | 1129-000 | 104.20 | | 11,917.53 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 16.50 | 11,901.03 |
| 10/31/13 | {10} | Chem Art | Proceeds from Sale of Debtor's Inventory | | 1129-000 | 5,641.60 | | 17,542.63 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 18.82 | 17,523.81 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 23.25 | 17,500.56 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 27.68 | 17,472.88 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 25.96 | 17,446.92 |
| 02/10/14 | {12} | Compass Group | Funds turned over by debtor's counsel~~ | | 1290-000 | 242.94 | | 17,689.86 |
| 02/10/14 | {12} | Compus Group | Funds turned over by debtor's counsel | | 1290-000 | 337.35 | | 18,027.21 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 23.89 | 18,003.32 |
| 03/25/14 | 101 | Wendell W. Webster, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/01/2014 FOR CASE #13-00407 | | 2300-000 | | 16.92 | 17,986.40 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 25.02 | 17,961.38 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 27.55 | 17,933.83 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 25.79 | 17,908.04 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 24.89 | 17,883.15 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 28.29 | 17,854.86 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 24.82 | 17,830.04 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 27.35 | 17,802.69 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 26.45 | 17,776.24 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 23.00 | 17,753.24 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 28.93 | 17,724.31 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 25.49 | 17,698.82 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 23.75 | 17,675.07 |
| 03/26/15 | 102 | Wendell W. Webster, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/01/2015 FOR CASE #13-00407 | | 2300-000 | | 21.57 | 17,653.50 |

Subtotals :   $18,166.43    $512.93

{} Asset reference(s)    Printed: 09/13/2018 03:50 PM    V.14.14

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-00407-TSM  
**Case Name:** SECRET SERVICE UNIFORMED DIV  

**Taxpayer ID #:** **-***1835  
**Period Ending:** 09/13/18  

**Trustee:** Wendell W. Webster (730040)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $3,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided on 03/26/15 | | | | |
| 03/26/15 | 102 | Wendell W. Webster, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/01/2015 FOR CASE #13-00407<br>Voided: check issued on 03/26/15 | 2300-000 | | -21.57 | 17,675.07 |
| 03/26/15 | 103 | Wendell W. Webster, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/01/2015 FOR CASE #13-00407 | 2300-000 | | 21.92 | 17,653.15 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.11 | 17,626.04 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.35 | 17,600.69 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.47 | 17,576.22 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.96 | 17,549.26 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.08 | 17,523.18 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.36 | 17,498.82 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.84 | 17,471.98 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.12 | 17,446.86 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.25 | 17,422.61 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.56 | 17,395.05 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.12 | 17,370.93 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.08 | 17,346.85 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.37 | 17,319.48 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.01 | 17,295.47 |
| 05/23/16 | 104 | Wendell W. Webster, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/01/2016 FOR CASE #13-00407 | 2300-000 | | 12.47 | 17,283.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.97 | 17,259.03 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.23 | 17,231.80 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.89 | 17,207.91 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.14 | 17,180.77 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.64 | 17,156.13 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.78 | 17,132.35 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.21 | 17,106.14 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.53 | 17,081.61 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.20 | 17,055.41 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.89 | 17,032.52 |
| 03/23/17 | 105 | Wendell W. Webster, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/01/2017 FOR CASE | 2300-000 | | 46.69 | 16,985.83 |

Subtotals :    $0.00    $667.67

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 13-00407-TSM  
**Case Name:** SECRET SERVICE UNIFORMED DIV  
**Taxpayer ID #:** **-***1835  
**Period Ending:** 09/13/18  

**Trustee:** Wendell W. Webster (730040)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $3,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #13-00407, Bond Term: 03/01/2017 - 03/01/2018 ~Insurance Partners Check #1412 | | | | |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.29 | 16,960.54 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.76 | 16,937.78 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.79 | 16,910.99 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.32 | 16,886.67 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.47 | 16,863.20 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.68 | 16,836.52 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.40 | 16,813.12 |
| 01/02/18 | 106 | Arthur Lander | Dividend paid 100.00% on $2,213.25, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,213.25 | 14,599.87 |
| 01/02/18 | 107 | Dewey and LeBoeuf Secured Lender Trust | Claim # 2; Claim Dividend Paid 0.93% on $62,298.65 Stopped on 05/10/18 | 7100-000 | | 581.39 | 14,018.48 |
| 01/02/18 | 108 | CPT NP Building, LLC - c/o J. David Folds, Esq. | Claim # 4U; Claim Dividend Paid 0.93% on $164,544.68 | 7100-000 | | 1,535.59 | 12,482.89 |
| 01/02/18 | 109 | Capstone S.G., Inc. | Claim # 5; Claim Dividend Paid 0.93% on $25,748,394.00 | 7100-000 | | 2,256.91 | 10,225.98 |
| 01/02/18 | 110 | Wendell W. Webster | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,617.04 | 7,608.94 |
| | | | Dividend paid 100.00%   2,566.64 on $2,566.64;  Claim# ADMIN; Filed: $2,566.64 | 2100-000 | | | 7,608.94 |
| | | | Dividend paid 100.00%   50.40 on $50.40;  Claim# ADMIN; Filed: $50.40 | 2200-000 | | | 7,608.94 |
| 01/02/18 | 111 | DC GOVERNMENT | Combined Check for Claims#1,1U | | | 5,505.14 | 2,103.80 |
| | | | Dividend paid 100.00%   5,494.92 on $5,494.92;  Claim# 1; Filed: $5,494.92; Reference: 1835 | 5200-000 | | | 2,103.80 |
| | | | Dividend paid 0.93% on   10.22 $1,094.50;  Claim# 1U; Filed: $1,094.50; Reference: 1835 | 7100-000 | | | 2,103.80 |
| 01/02/18 | 112 | Webster & Fredrickson, PLLC | Combined Check for Claims#ADMIN,ADMIN | | | 2,103.80 | 0.00 |
| | | | Dividend paid 100.00%   1,983.00 | 3110-000 | | | 0.00 |

Subtotals :     $0.00     $16,985.83

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-00407-TSM | **Trustee:** Wendell W. Webster (730040) |
| **Case Name:** SECRET SERVICE UNIFORMED DIV | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******0966 - Checking Account |
| **Taxpayer ID #:** **-***1835 | **Blanket Bond:** $3,000,000.00 (per case limit) |
| **Period Ending:** 09/13/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $1,983.00; Claim# ADMIN; Filed: $1,983.00 | | | | |
| | | | Dividend paid 100.00%      120.80<br>on $120.80; Claim#<br>ADMIN; Filed: $120.80 | 3120-000 | | | 0.00 |
| 05/10/18 | 107 | Dewey and LeBoeuf Secured Lender Trust | Claim # 2; Claim Dividend Paid  0.93% on $62,298.65<br>Stopped: check issued on 01/02/18 | 7100-000 | | -581.39 | 581.39 |
| 05/24/18 | 113 | John E. Jureller, Jr. | Ref # 0911 | 7100-000 | | 581.39 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 18,166.43 | 18,166.43 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 18,166.43 | 18,166.43 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$18,166.43** | **$18,166.43** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0966** | 18,166.43 | 18,166.43 | 0.00 |
| | $18,166.43 | $18,166.43 | $0.00 |

{} Asset reference(s)                                                                Printed: 09/13/2018 03:50 PM    V.14.14